IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHELLE MONIQUE WOOD,<br><br>Defendant. | Case No. 3:23-cr-00091-RRB<br><br>**ORDER ACCEPTING RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

The Court hereby ACCEPTS and ADOPTS the recommendation of the Magistrate Judge at Docket 527 wherein the Magistrate Judge accepted Defendant, Rochelle Monique Wood's, guilty pleas to Counts 2 and 14 of the Indictment and recommended that the Court do the same. Based thereon, and after a review of the record, the Court hereby ACCEPTS Defendant's guilty pleas and enters an adjudication of guilt thereon.

IT IS SO ORDERED this 22nd day of May, 2025, at Anchorage, Alaska.

                                                */s/ Ralph R. Beistline*
                                                RALPH R. BEISTLINE
                                        Senior United States District Judge